**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000803**
**13-DEC-2021**
**07:53 AM**
**Dkt. 87 OGMD**

NO. CAAP-16-0000803

IN THE INTERMEDIATE COURT OF APPEALS

STATE OF HAWAIʻI

ERIC OLSON, Plaintiff/Counterclaim Defendant-Appellant v.
ISLANDWIDE SOLAR, LLC, Defendant/Counterclaim-Appellee,
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; AND
DOE GOVERNMENTAL AGENCIES 1-10, Counterclaim Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC14-1-001848)

<u>ORDER</u>
(Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of Plaintiff/Counterclaim Defendant-Appellant Eric Olson's (Olson) November 4, 2021 Motion to Withdraw the Appeal, the papers in support, and the record, it appears that Olson seeks to dismiss this docketed appeal, and the requested relief is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

IT IS FURTHER ORDERED that the appellate clerk shall mail a copy of this order to Defendant-Counterclaim Plaintiff-

Appellee Islandwide Solar, LLC at its addresses on record in this case.

DATED: Honolulu, Hawaiʻi, December 13, 2021.

On the motion:

Arnold T. Phillips, II,
for Plaintiff/Counterclaim
 Defendant-Appellant.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge